# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1021

_____

Paul Castonguay, Sr.,           *
                                             *
            Appellant,         *
                                             *   Appeal from the United States
      v.                           *   District Court for the
                                             *   District of Nebraska.
Douglas County,            *
                                             *   [UNPUBLISHED]
            Appellee.          *

_____

Submitted: May 7, 2010
Filed: May 12, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Paul Castonguay, Sr. appeals from the district court's[1] order dismissing his pro se 42 U.S.C. § 1983 complaint without prejudice for failure to state a claim. Having conducted careful de novo review, we agree with the district court that the amended complaint fails to state a claim. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.